1120

JANUARY 9, 1973

No. 71–715. FONTHAM ET AL. *v.* EDWARDS, GOVERNOR OF LOUISIANA, ET AL. Appeal from D. C. E. D. La. dismissed under Rule 60 of the Rules of this Court. ▆

JANUARY 15, 1973

No. 72–537. GEORGES ET AL. *v.* McCLELLAN ET AL. Appeal from D. C. R. I. Motions of appellees for leave to proceed *in forma pauperis,* and of Rhode Island Consumers' Council for leave to file a brief as *amicus curiae,* granted. Judgment affirmed.

No. 72–669. SMITH'S TRANSFER CORP. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. W. D. Va. MR. JUSTICE DOUGLAS and MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.